UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 26-59669-BEM |
| KEELI TAMEKA ROSSER | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Debtor has filed **"Motion to Extend Stay"** and related papers with the Court seeking an order extending the Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Extend Stay at **10:30 A.M.** on **August 26, 2026** in **Courtroom 1402**, Richard B. Russell Federal Building, US Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303 which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: August 3, 2026

     ___/s/_____
Danielle J. Eliot, Bar No.: 142243
Attorney for Debtor
1001 Weatherstone Parkway
Suite 420
Woodstock, GA 30102

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                    *          CASE NO.: 26-59669-BEM
KEELI TAMEKA ROSSER                       *
                                          *          CHAPTER 13
        DEBTOR                            *

**MOTION TO EXTEND STAY**

COMES NOW Debtor, Kelli Tameka Rosser, and asks this Court to extend the automatic stay of 11 USC Section 362(a) in this Chapter 13 Bankruptcy Case beyond the period of thirty (30) days against all Creditors and shows the Court the following:

1.

This case was commenced on July 23, 2026 by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Debtor was the petitioning debtor in the following prior case, case #26-53404.  This case was filed March 12, 2026 and Dismissed May 27, 2026 for failure to make plan payments.

3.

Debtor filed this instant case in a good faith effort to retain her home and vehicle.

4.

During Debtor's prior case she was expected to obtain secondary income that would have afforded her the ability to continue with her case, but that income fell through. The payment in the instant case is lower than in the prior case. Debtor can now afford her obligations in the instant case.

5.

Extension of the automatic stay will not harm the creditors and is in the best interest of the Debtor.

6.

Debtor has filed the instant case in good faith.  Debtor asks the court to extend the stay and allow her the opportunity to be successful in her current chapter 13 case.

7.

Debtor requests a temporary extension of the automatic stay until the conclusion of the foregoing hearing.

WHEREFORE, Debtor prays:

1. That the automatic stay of 11 USC Section 362(a) extended until further order of the court,
2. That the stay be temporarily extended until the conclusion of the foregoing hearing.

Dated: March 24, 2026

Respectfully submitted,

___/s/_____
Danielle J. Eliot, Georgia Bar No. 142243
Attorney for Debtor
Law Office of Danielle J. Eliot, PC
1001 Weatherstone Parkway
Suite 420
Woodstock, GA 30188
danielle@djelawfirm.com
770-672-6735

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                              *          CASE NO.: 26-59669-BEM
KEELI TAMEKA ROSSER                 *
                                    *             CHAPTER 13
        DEBTOR                      *

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2026, I electronically filed the foregoing Motion to Extend Stay with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Keeli Tameka Rosser
4270 Reserve Hill Crossing
Douglasville, GA 30135

K. Edward Safir – Via ECF Mail
Chapter 13 Trustee
285 Peachtree Center Ave NE
Suite 1600
Atlanta, GA 30303

Progress Residential
Attn: Syandene Shellmon
7500 N Dobson Road
Suite 300
Scottsdale, AZ 85256

T-Mobile/T-Mobile USA Inc.
By AIS Infosource, LP as agent
Attn: Henry Makwana
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cascade Capital Funding, LLC
Attn: Dusky Cady
5341 Old  Redwood Highway, Suite 210
Petaluma, CA 94954

American First Finance, LLC
Jefferson Capital Systems, LLC Assignee
Attn: Vishwas Puthran
PO BOX 7999
Sain Cloud, MN 56302-9617

Delta Community Credit Union
Attn: Alexis Lucear
P.O. Box 20541
Atlanta, GA 30320

Georgia Department of Revenue
Bankruptcy
Attn: Denise McGilberry
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

 Quantum3 Group LLC as agent for
Titan Asset Purchasing LLC
Attn: Tiffany Claus
PO Box 788
Kirkland, WA 98083-0788

(Plus All creditors on Attached Matrix)

This the 3rd day of August, 2026.

                                        ___/s/_____
                                        Danielle J. Eliot
                                        Attorney for Debtor
                                        Law Office of Danielle J. Eliot, PC
                                        1001 Weatherstone Parkway
                                        Suite 420
                                        Woodstock, GA 30188
                                        danielle@djelawfirm.com
                                        770-672-6735