Label Matrix for local noticing
113E-1
Case 26-59669-bem
Northern District of Georgia
Atlanta
Mon Aug  3 17:11:01 EDT 2026

2018-4 1H Borrower LP
8601 Dunwoody Place
Suite 420
Atlanta, GA 30350-2550

2018-4 1H Borrower LP
c/o John G. Brookhuis
4228 First Avenue, Suite 10
Tucker, GA 30084-4426

AT&T Mobility II, LLC
c/o AT&T Services Inc.
Attn: Karen A Cavagnaro
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2694

Accelerated Inventory Management LLC
Bass & Associates
3936 E Ft Lowell St, Ste 200
Tucson, AZ 85712-1083

Acima Credit
Attn:  Bankruptcy
9815 S Monroe Street, 4th Floor
Sandy, UT 84070-4384

American First Finance LLC
Becket & Lee LLP
P.O. Box 3002
Malvern, PA 19355-0702

American First Finance LLC
Jefferson Capital SAystems LLC Assignee
P.O. Box 7999
Saint Cloud, MN 56302-7999

Ava Finance
90 New Montgomery Street
San Francisco, CA 94105-3468

Ava Finance
Attn: Bankruptcy
548 Market St, Ste 511672
San Francisco, CA 94104-5401

Buddys Home Furnishings
7003 Concourse Parkway
Suite 1
Douglasville, GA 30134-4552

C&F Finance Company
5500 Audubon Drive
Henrico, VA 23231-2807

C&F Finance Company
Attn: Bankruptcy Department
Po Box 38456
Henrico, VA 23231-0656

Cascade Capital Funding LLC
5341 Old Redwood Hwy
Ste 210
Petaluma, CA 94954-7127

Central Research Inc/d
Cri, Attn: Bankruptcy
P.O. Box 83106
Lincoln, NE 68501-3106

Central Research Inc/d
Po Box 82539
Lincoln, NE 68501-2539

Convergent Outsourcing
800 SW 39th St
Suite 100
Renton, WA 98057-4927

Credence Resource Management
4222 Trinity Mills Rd, Ste 260
Dallas, TX 75287-7666

Credit Coll
Attn: Bankruptcy
725 Canton Street
Norwood, MA 02062-2679

Credit Coll
Po Box 607
Norwood, MA 02062-0607

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Credit Collection Services
Po Box 607
Norwood, MA 02062-0607

Credit Management, LP
Attn: Bankruptcy
6080 Tennyson Pkwy
Ste 100
Plano, TX 75024-6002

(p)DELTA COMMUNITY CREDIT UNION
PO BOX 20541
ATLANTA GA 30320-2541

Directv, LLC
by American Infosource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Danielle J. Eliot
Law Office of Danielle J Eliot, PC
Ste 420
1001 Weatherstone Pkwy
Woodstock, GA 30188-4495

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Hyundai Capital Americqa DBA
Kia Motors Finance
PO Box 20825
Fountain Valley, CA 92728-0825

Internal Revenue Service
401 W Peachtree St. NW
Stop 334D, Room 400
Atlanta, GA 30308

Kia Motors Finance
10550 Talbert Ave
Fountain Valley, CA 92708-6031

Kia Motors Finance
Attn: Bankruptcy
Po Box 20825
Fountain Valley, CA 92728-0825

Kikoff
633 Folsom St
San Francisco, CA 94107-3600

Kikoff
Attn: Bankruptcy
75 Broadway  Suite 226
San Fransico, CA 94111-1458

Kikoff Lending
75 Broadway Ste 226
San Francisco, CA 94111-1458

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Matthew Totten
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

(p)NATIONAL CREDIT SYSTEMS
ATTN BANKRUPTCY
PO BOX 672288
MARIETTA GA 30006-0039

Nelnet
2401 International Lane
Madison, WI 53704-3121

Nelnet
Attn: Bankruptcy Department
P.O.Box 82505
Lincoln, NE 68501-2505

Online Collections
P.O. Box 1489
Winterville, NC 28590-1489

Pinnacle Service Solutions
4408 Milestrip Rd #247
Buffalo, NY 14219-2553

Progress Residential
7500 N Dobson Rd
Ste 300
Scottsdale, AZ 85256-2727

Purchasing Power
2727 Paces Ferry Rd SE
Bldg 2, Ste 1200
Atlanta, GA 30339-6199

Quantum 3 Group as Agent
for Titan Asset Purchasing LLC
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Titan Asset Purchasing LLC
PO Box 788
Kirkland, WA  98083-0788

Receivables Performance
20816 44th Ave West
Lynnwood, WA 98036-7744

Rent A Center
7426 Douglas Blvd
Douglasville, GA 30135-1553

Keeli Tameka Rosser
4270 Reserve Hill Crossing
Douglasville, GA 30135-5189

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

Stallings Financial
P.O. Box 4430
Marietta, GA 30061-4430

T-Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118-7901

(p)TRANSFORM CREDIT INC
1449 S MICHIGAN AVE
STE 13304
CHICAGO IL 60605-2810

US Department of Education c/o CRI
P.O. Box 82612
Lincoln, NE 68501-2612

US Department of Education c/o Nelnet
121 S 13th Street
Lincoln, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Westlake Portfolio Management
824 N. Market Street
Wilmington, DE 19801-3024

Westlake Portfolio Management
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

World Acceptance Corp
Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606-6429

World Finance Company of Georgia LLC
c/o World Acceptance Corp
Attn:  Bankruptcy Prcessing Center
P.O. Box 6429
Greenville, SC 29606-6429

Yamasa Co. LTD Syndicate-5
7500 N Dobson Road
Scottsdale, AZ 85256-2718

Yamasa Co. LTD Syndicate-5
c/o Matthew Totten
5579 Chamblee-Dunwoody Road, Suite B136
Atlanta, GA 30338-4154


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Delta Community Credit Union
P. O. Box 20541
Atlanta, GA 30320

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

National Credit Systems
P.O. Box 672288
Marietta, GA 30006


Transform Credit Inc
1440 W Taylor St #431
Chicago, IL 60607

(d)Transform Credit Inc
Attn: Bankruptcy
1440 W Taylor St #431
Chicago, IL 60607

End of Label Matrix
Mailable recipients    61
Bypassed recipients     0
Total                  61