**IT IS ORDERED as set forth below:**

**Date: August 27, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 26-59669-BEM |
| KEELI TAMEKA ROSSER | * | |
| | * | CHAPTER 13 |
| DEBTOR. | * | |

**ORDER EXTENDING STAY**

On August 3, 2026, Debtor filed a *Motion to Extend the Automatic Stay* (Doc. No. 15) (“the Motion”), which seeks to extend the stay of 11 U.S.C §362 as to all creditors and parties in interest. A response was filed by attorney for Yamasa Co. LTD Syndicate-5. Upon notice hearing was held August 26, 2026. At the call of the calendar, appearances were made by Attorney for the Debtor and the Chapter 13 Trustee. A consent agreement was announced between counsel for debtor and counsel for Yamasa Co. LTD Syndicate-5. No other parties appeared in opposition. It is hereby

**ORDERED** that the stay of 11 U.S.C. Section 362 is extended with respect to all creditors and parties in interest with the exception of Yamasa Co. LTD Syndicate-5,

including the possessory interest of the debtor in 4270 Reserve Hill Crossing, Douglasville, GA 30135, until further order of the court.

The Clerk is directed to serve this Order on all creditors and parties in interest.

END OF DOCUMENT

Prepared By:

______/s/__________
Danielle J. Eliot
Georgia Bar # 142243
Attorney for Debtor
1001 Weatherstone Parkway
Suite 420
Woodstock, GA 30188
770-672-6735

No Opposition By:

_______/s/_________
Sonya Buckley Gordon
Attorney for Chapter 13 Trustee
Georgia Bar # 140987
285 Peachtree Center Ave
Suite 1600
Atlanta, Georgia 30303

Consented to by

__/s/_______________
Matthew Totten
Georgia Bar # 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B136
Atlanta, GA 30338

**Distribution List**

Keeli Tameka Rosser
4270 Reserve Hill Crossing
Douglasville, GA 30135

K Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B136
Atlanta, GA 30338