**IT IS ORDERED as set forth below:**

**Date: August 27, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 26-59669-BEM |
| KEELI TAMEKA ROSSER | * | |
| | * | CHAPTER 13 |
| DEBTOR. | * | |

**ORDER EXTENDING STAY**

On August 3, 2026, Debtor filed a *Motion to Extend the Automatic Stay* (Doc. No. 15) ("the Motion"), which seeks to extend the stay of 11 U.S.C §362 as to all creditors and parties in interest. A response was filed by attorney for Yamasa Co. LTD Syndicate-5. Upon notice hearing was held August 26, 2026. At the call of the calendar, appearances were made by Attorney for the Debtor and the Chapter 13 Trustee. A consent agreement was announced between counsel for debtor and counsel for Yamasa Co. LTD Syndicate-5. No other parties appeared in opposition. It is hereby

**ORDERED** that the stay of 11 U.S.C. Section 362 is extended with respect to all creditors and parties in interest with the exception of Yamasa Co. LTD Syndicate-5,

including the possessory interest of the debtor in 4270 Reserve Hill Crossing, Douglasville, GA 30135, until further order of the court.

The Clerk is directed to serve this Order on all creditors and parties in interest.

END OF DOCUMENT

Prepared By:

______/s/__________
Danielle J. Eliot
Georgia Bar # 142243
Attorney for Debtor
1001 Weatherstone Parkway
Suite 420
Woodstock, GA 30188
770-672-6735

No Opposition By:

_______/s/__________
Sonya Buckley Gordon
Attorney for Chapter 13 Trustee
Georgia Bar # 140987
285 Peachtree Center Ave
Suite 1600
Atlanta, Georgia 30303

Consented to by

__/s/_______________
Matthew Totten
Georgia Bar # 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B136
Atlanta, GA 30338

**Distribution List**

Keeli Tameka Rosser
4270 Reserve Hill Crossing
Douglasville, GA 30135

K Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B136
Atlanta, GA 30338

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-59669-bem
Keeli Tameka Rosser Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 4
Date Rcvd: Aug 27, 2026 Form ID: pdf603 Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keeli Tameka Rosser, 4270 Reserve Hill Crossing, Douglasville, GA 30135-5189 |
| 26011669 | + | 2018-4 1H Borrower LP, 8601 Dunwoody Place, Suite 420, Atlanta, GA 30350-2550 |
| 26011670 | + | 2018-4 1H Borrower LP, c/o John G. Brookhuis, 4228 First Avenue, Suite 10, Tucker, GA 30084-4426 |
| 26011674 | + | American First Finance LLC, Jefferson Capital SAystems LLC Assignee, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 26011678 | + | Buddys Home Furnishings, 7003 Concourse Parkway, Suite 1, Douglasville, GA 30134-4552 |
| 26011683 | + | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 26011697 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 26011703 | + | Matthew Totten, 5579 Chamblee Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| 26011721 | + | Westlake Portfolio Management, 824 N. Market Street, Wilmington, DE 19801-3024 |
| 26011724 | + | Yamasa Co. LTD Syndicate-5, c/o Matthew Totten, 5579 Chamblee-Dunwoody Road, Suite B136, Atlanta, GA 30338-4154 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26011675 | + | Email/Text: g17768@att.com | Aug 27 2026 21:08:00 | AT&T Mobility II, LLC, c/o AT&T Services Inc., Attn: Karen A Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2694 |
| 26011671 | + | Email/Text: bnc@bass-associates.com | Aug 27 2026 21:08:00 | Accelerated Inventory Management LLC, Bass & Associates, 3936 E Ft Lowell St, Ste 200, Tucson, AZ 85712-1083 |
| 26011672 | + | Email/Text: bankruptcy@acima.com | Aug 27 2026 21:09:00 | Acima Credit, Attn: Bankruptcy, 9815 S Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 26011673 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2026 21:12:34 | American First Finance LLC, Becket & Lee LLP, P.O. Box 3002, Malvern, PA 19355-0702 |
| 26011676 | + | Email/Text: bkprocessing_ava@meetava.com | Aug 27 2026 21:09:00 | Ava Finance, Attn: Bankruptcy, 548 Market St, Ste 511672, San Francisco, CA 94104-5401 |
| 26011677 | + | Email/Text: bkprocessing_ava@meetava.com | Aug 27 2026 21:09:00 | Ava Finance, 90 New Montgomery Street, San Francisco, CA 94105-3468 |
| 26011680 | + | Email/Text: bankruptcy@cffinance.com | Aug 27 2026 21:08:00 | C&F Finance Company, 5500 Audubon Drive, Henrico, VA 23231-2807 |
| 26011679 | + | Email/Text: bankruptcy@cffinance.com | Aug 27 2026 21:08:00 | C&F Finance Company, Attn: Bankruptcy Department, Po Box 38456, Henrico, VA 23231-0656 |
| 26011681 | + | Email/Text: feedback@cascadereceivables.com | Aug 27 2026 21:10:03 | Cascade Capital Funding LLC, 5341 Old Redwood Hwy, Ste 210, Petaluma, CA 94954-7127 |
| 26011682 | + | Email/Text: Claims@cri.studentaid.gov | Aug 27 2026 21:09:00 | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |

| | | | | |
|---|---|---|---|---|
| 26011684 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 27 2026 21:10:48 | Convergent Outsourcing, 800 SW 39th St, Suite 100, Renton, WA 98057-4927 |
| 26011685 | + | Email/Text: bankruptcy@credencerm.com | Aug 27 2026 21:10:00 | Credence Resource Management, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 26011687 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2026 21:10:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 26011686 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2026 21:10:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 26011688 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2026 21:10:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 26011689 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 27 2026 21:10:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 26011691 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Aug 27 2026 21:09:00 | Delta Community Credit Union, P. O. Box 20541, Atlanta, GA 30320 |
| 26011692 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 21:12:55 | Directv, LLC, by American Infosource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 26052347 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 21:12:38 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 26011694 | | Email/Text: brnotices@dor.ga.gov | Aug 27 2026 21:09:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 26011695 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 27 2026 21:10:00 | Hyundai Capital Americqa DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 26011696 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2026 21:09:00 | Internal Revenue Service, 401 W Peachtree St. NW, Stop 334D, Room 400, Atlanta, GA 30308 |
| 26072864 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2026 21:10:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 26011698 | ^ | MEBN | Aug 27 2026 21:05:38 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 26011699 | + | Email/Text: bankruptcy@kikoff.com | Aug 27 2026 21:08:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 26011700 | + | Email/Text: bankruptcy@kikoff.com | Aug 27 2026 21:08:00 | Kikoff, 633 Folsom St, San Francisco, CA 94107-3600 |
| 26011701 | + | Email/Text: bankruptcy@kikoff.com | Aug 27 2026 21:08:00 | Kikoff Lending, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 26011702 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:12:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26011704 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 27 2026 21:08:00 | National Credit Systems, P.O. Box 672288, Marietta, GA 30006 |
| 26011706 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2026 21:09:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 26011705 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2026 21:09:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 26011707 | + | Email/Text: bankruptcy@onlineis.com | Aug 27 2026 21:10:00 | Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 26011708 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2026 21:12:36 | Pinnacle Service Solutions, 4408 Milestrip Rd #247, Buffalo, NY 14219-2553 |
| 26011709 | + | Email/Text: bknotices@progressresidential.com | Aug 27 2026 21:10:00 | Progress Residential, 7500 N Dobson Rd, Ste 300, Scottsdale, AZ 85256-2727 |

| | | | | |
|---|---|---|---|---|
| 26011710 | + | Email/Text: bankruptcy@purchasingpower.com | Aug 27 2026 21:10:00 | Purchasing Power, 2727 Paces Ferry Rd SE, Bldg 2, Ste 1200, Atlanta, GA 30339-6199 |
| 26011711 | + | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2026 21:09:00 | Quantum 3 Group as Agent, for Titan Asset Purchasing LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 26031674 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2026 21:09:00 | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26011712 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 28 2026 11:32:00 | Receivables Performance, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 26011714 | ^ | MEBN | Aug 27 2026 21:07:22 | Stallings Financial, P.O. Box 4430, Marietta, GA 30061-4430 |
| 26011715 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2026 21:12:36 | T-Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 26011717 | | Email/Text: collections@transformcredit.com | Aug 27 2026 21:08:00 | Transform Credit Inc, 1440 W Taylor St #431, Chicago, IL 60607 |
| 26011716 | | Email/Text: collections@transformcredit.com | Aug 27 2026 21:08:00 | Transform Credit Inc, Attn: Bankruptcy, 1440 W Taylor St #431, Chicago, IL 60607 |
| 26033762 | + | Email/Text: Claims@cri.studentaid.gov | Aug 27 2026 21:09:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 26011718 | + | Email/Text: Claims@cri.studentaid.gov | Aug 27 2026 21:09:00 | US Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 26011719 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 27 2026 21:09:00 | US Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 26011953 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Aug 27 2026 21:09:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 26011720 | ^ | MEBN | Aug 27 2026 21:03:43 | Westlake Portfolio Management, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 26011722 | + | Email/Text: bk@worldacceptance.com | Aug 27 2026 21:09:00 | World Acceptance Corp, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 26011723 | + | Email/Text: bk@worldacceptance.com | Aug 27 2026 21:09:00 | World Finance Company of Georgia LLC, c/o World Acceptance Corp, Attn: Bankruptcy Prcessing Center, P.O. Box 6429, Greenville, SC 29606-6429 |
| 26011725 | + | Email/Text: bknotices@progressresidential.com | Aug 27 2026 21:10:00 | Yamasa Co. LTD Syndicate-5, 7500 N Dobson Road, Scottsdale, AZ 85256-2718 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26035036 | *+ | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 26011690 | ##+ | Credit Management, LP, Attn: Bankruptcy, 6080 Tennyson Pkwy, Ste 100, Plano, TX 75024-6002 |
| 26011693 | ##+ | Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 26011713 | ##+ | Rent A Center, 7426 Douglas Blvd, Douglasville, GA 30135-1553 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Danielle J. Eliot | on behalf of Debtor Keeli Tameka Rosser danielle@djelawfirm.com ecfdjma@gmail.com;Eliot.DanielleB154745@notify.bestcase.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. Ltd Syndicate-5 mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |

TOTAL: 3