UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
**ATLANTA** DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| **KEELI TAMEKA ROSSER** | * | CASE NO.: 26-59669 |
| | * | |
| | * | CHAPTER **13** |
| Debtor | * | |
| | * | |

CERTIFICATE OF MANNER OF SERVICE PURSUANT TO RULE 7004

I, the undersigned, certify under penalty of perjury that on this day I served the following parties with a copy of the "Initial Chapter 13 Plan" by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Hyundai Capital America
Dba KIA Motors Finance
3161 Michelson Dr, Ste 1900
Irvine, CA 92612

Hyundai Capital America
Dba KIA Motors Finance
National Registered Agents Inc, Reg Agent
289 S Culver St
Lawrenceville, GA 30046

Dated: **September 25, 2026**

By:___/s/______________________

Danielle J. Eliot, Bar No 142243
Attorney for Debtor
Law Office of Danielle J Eliot, PC
1001 Weatherstone Pkwy
Suite 420
Woodstock, GA 30188
770-672-6735