UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: KEELI TAMEKA ROSSER, | { CHAPTER 13 |
| | { |
| DEBTOR | { CASE NO. A26-59669-BEM |
| | { |
| | { JUDGE ELLIS-MONRO |

**OBJECTION TO CONFIRMATION**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. Pursuant to information obtained at the meeting of creditors, it appears that the schedules fail to include total household income and expenses, thereby preventing the Chapter 13 Trustee from determining if all available income is being contributed to this repayment plan; specifically, Debtor testified at the 341 meeting that she is moving in the next week and will have a different rental expense. The Trustee requests that the Debor file a change of address with the court once the new address is obtained.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

/s/
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com

A26-59669-BEM

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

The Law Office of Danielle Eliot

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Keeli Tameka Rosser
4270 Reserve Hill Crossing
Douglasville, GA 30135

This 2nd day of October, 2026

Respectfully submitted,

/s/
Albert C. Guthrie, Attorney
for the Chapter 13 Trustee
GA Bar No. 142399

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
albertg@atlch13tt.com