UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

Atlanta Division

In Re: Debtor(s)
**Keeli Tameka Rosser**
4270 Reserve Hill Crossing
Douglasville, GA 30135

**xxx−xx−6188**

Case No.: **26−59669−bem**
Chapter: **13**
Judge: **Barbara Ellis−Monro**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated: October 28, 2026

New Form 132

Barbara Ellis–Monro
United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-59669-bem
Keeli Tameka Rosser Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 4
Date Rcvd: Oct 28, 2026 Form ID: 132 Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keeli Tameka Rosser, 4270 Reserve Hill Crossing, Douglasville, GA 30135-5189 |
| 26011669 | + | 2018-4 1H Borrower LP, 8601 Dunwoody Place, Suite 420, Atlanta, GA 30350-2550 |
| 26011670 | + | 2018-4 1H Borrower LP, c/o John G. Brookhuis, 4228 First Avenue, Suite 10, Tucker, GA 30084-4426 |
| 26011674 | + | American First Finance LLC, Jefferson Capital SAystems LLC Assignee, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 26011678 | + | Buddys Home Furnishings, 7003 Concourse Parkway, Suite 1, Douglasville, GA 30134-4552 |
| 26011683 | + | Central Research Inc/d, Po Box 82539, Lincoln, NE 68501-2539 |
| 26011697 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 26011703 | + | Matthew Totten, 5579 Chamblee Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| 26011721 | + | Westlake Portfolio Management, 824 N. Market Street, Wilmington, DE 19801-3024 |
| 26011724 | + | Yamasa Co. LTD Syndicate-5, c/o Matthew Totten, 5579 Chamblee-Dunwoody Road, Suite B136, Atlanta, GA 30338-4154 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26011675 | + | Email/Text: g17768@att.com | Oct 28 2026 20:56:00 | AT&T Mobility II, LLC, c/o AT&T Services Inc., Attn: Karen A Cavagnaro, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2694 |
| 26011671 | + | Email/Text: bnc@bass-associates.com | Oct 28 2026 20:56:00 | Accelerated Inventory Management LLC, Bass & Associates, 3936 E Ft Lowell St, Ste 200, Tucson, AZ 85712-1083 |
| 26011672 | + | Email/Text: bankruptcy@acima.com | Oct 28 2026 20:58:00 | Acima Credit, Attn: Bankruptcy, 9815 S Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 26011673 | + | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 21:00:46 | American First Finance LLC, Becket & Lee LLP, P.O. Box 3002, Malvern, PA 19355-0702 |
| 26011676 | + | Email/Text: bkprocessing_ava@meetava.com | Oct 28 2026 20:58:00 | Ava Finance, Attn: Bankruptcy, 548 Market St, Ste 511672, San Francisco, CA 94104-5401 |
| 26011677 | + | Email/Text: bkprocessing_ava@meetava.com | Oct 28 2026 20:58:00 | Ava Finance, 90 New Montgomery Street, San Francisco, CA 94105-3468 |
| 26011680 | + | Email/Text: bankruptcy@cffinance.com | Oct 28 2026 20:56:00 | C&F Finance Company, 5500 Audubon Drive, Henrico, VA 23231-2807 |
| 26011679 | + | Email/Text: bankruptcy@cffinance.com | Oct 28 2026 20:56:00 | C&F Finance Company, Attn: Bankruptcy Department, Po Box 38456, Henrico, VA 23231-0656 |
| 26011681 | + | Email/Text: Bankruptcies@cascadereceivables.com | Oct 28 2026 20:59:00 | Cascade Capital Funding LLC, 5341 Old Redwood Hwy, Ste 210, Petaluma, CA 94954-7127 |
| 26011682 | + | Email/Text: Claims@cri.studentaid.gov | Oct 28 2026 20:58:00 | Central Research Inc/d, Cri, Attn: Bankruptcy, P.O. Box 83106, Lincoln, NE 68501-3106 |

| | | | | |
|---|---|---|---|---|
| 26011684 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 28 2026 20:58:48 | Convergent Outsourcing, 800 SW 39th St, Suite 100, Renton, WA 98057-4927 |
| 26011685 | + | Email/Text: bankruptcy@credencerm.com | Oct 28 2026 20:59:00 | Credence Resource Management, 4222 Trinity Mills Rd, Ste 260, Dallas, TX 75287-7666 |
| 26011687 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2026 20:59:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 26011686 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2026 20:59:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 26011688 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2026 20:59:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 26011689 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 28 2026 20:59:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 26011691 | | Email/Text: deptbankruptcy@deltacommunitycu.com | Oct 28 2026 20:58:00 | Delta Community Credit Union, P. O. Box 20541, Atlanta, GA 30320 |
| 26011692 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2026 21:00:40 | Directv, LLC, by American Infosource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 26052347 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2026 21:00:47 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 26011694 | | Email/Text: brnotices@dor.ga.gov | Oct 28 2026 20:58:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 26135669 | ^ | MEBN | Oct 28 2026 20:52:01 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 26011695 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 28 2026 20:59:00 | Hyundai Capital Americqa DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 26011696 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 20:57:00 | Internal Revenue Service, 401 W Peachtree St. NW, Stop 334D, Room 400, Atlanta, GA 30308 |
| 26072864 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 20:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 26011698 | ^ | MEBN | Oct 28 2026 20:51:52 | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 26011699 | + | Email/Text: bankruptcy@kikoff.com | Oct 28 2026 20:56:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 26011700 | + | Email/Text: bankruptcy@kikoff.com | Oct 28 2026 20:56:00 | Kikoff, 633 Folsom St, San Francisco, CA 94107-3600 |
| 26011701 | + | Email/Text: bankruptcy@kikoff.com | Oct 28 2026 20:56:00 | Kikoff Lending, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 26011702 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 21:00:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26011704 | | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 28 2026 20:56:00 | National Credit Systems, P.O. Box 672288, Marietta, GA 30006 |
| 26011706 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 20:58:00 | Nelnet, 2401 International Lane, Madison, WI 53704-3121 |
| 26011705 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 20:58:00 | Nelnet, Attn: Bankruptcy Department, P.O.Box 82505, Lincoln, NE 68501-2505 |
| 26011707 | + | Email/Text: bankruptcy@onlineis.com | Oct 28 2026 20:58:00 | Online Collections, P.O. Box 1489, Winterville, NC 28590-1489 |
| 26011708 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 21:00:29 | Pinnacle Service Solutions, 4408 Milestrip Rd |

| | | | | |
|---|---|---|---|---|
| | | | | #247, Buffalo, NY 14219-2553 |
| 26011709 | + | Email/Text: bknotices@progressresidential.com | Oct 28 2026 20:59:00 | Progress Residential, 7500 N Dobson Rd, Ste 300, Scottsdale, AZ 85256-2727 |
| 26011710 | + | Email/Text: bankruptcy@purchasingpower.com | Oct 28 2026 20:58:00 | Purchasing Power, 2727 Paces Ferry Rd SE, Bldg 2, Ste 1200, Atlanta, GA 30339-6199 |
| 26011711 | + | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 20:58:00 | Quantum 3 Group as Agent, for Titan Asset Purchasing LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 26031674 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2026 20:58:00 | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26011714 | ^ | MEBN | Oct 28 2026 20:52:03 | Stallings Financial, P.O. Box 4430, Marietta, GA 30061-4430 |
| 26011715 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2026 21:00:28 | T-Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 26011717 | | Email/Text: collections@transformcredit.com | Oct 28 2026 20:56:00 | Transform Credit Inc, 1440 W Taylor St #431, Chicago, IL 60607 |
| 26011716 | | Email/Text: collections@transformcredit.com | Oct 28 2026 20:56:00 | Transform Credit Inc, Attn: Bankruptcy, 1440 W Taylor St #431, Chicago, IL 60607 |
| 26033762 | + | Email/Text: Claims@cri.studentaid.gov | Oct 28 2026 20:58:00 | U.S. Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 26011718 | + | Email/Text: Claims@cri.studentaid.gov | Oct 28 2026 20:58:00 | US Department of Education c/o CRI, P.O. Box 82612, Lincoln, NE 68501-2612 |
| 26011719 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 20:58:00 | US Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 26011953 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 28 2026 20:58:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 26011720 | ^ | MEBN | Oct 28 2026 20:51:29 | Westlake Portfolio Management, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 26011722 | + | Email/Text: bk@worldacceptance.com | Oct 28 2026 20:58:00 | World Acceptance Corp, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 26011723 | + | Email/Text: bk@worldacceptance.com | Oct 28 2026 20:58:00 | World Finance Company of Georgia LLC, c/o World Acceptance Corp, Attn: Bankruptcy Prcessing Center, P.O. Box 6429, Greenville, SC 29606-6429 |
| 26011725 | + | Email/Text: bknotices@progressresidential.com | Oct 28 2026 20:59:00 | Yamasa Co. LTD Syndicate-5, 7500 N Dobson Road, Scottsdale, AZ 85256-2718 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26035036 | *+ | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 26011690 | ##+ | Credit Management, LP, Attn: Bankruptcy, 6080 Tennyson Pkwy, Ste 100, Plano, TX 75024-6002 |
| 26011693 | ##+ | Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 26011712 | ##+ | Receivables Performance, 20816 44th Ave West, Lynnwood, WA 98036-7744 |
| 26011713 | ##+ | Rent A Center, 7426 Douglas Blvd, Douglasville, GA 30135-1553 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Danielle J. Eliot | on behalf of Debtor Keeli Tameka Rosser danielle@djelawfirm.com ecfdjma@gmail.com;Eliot.DanielleB154745@notify.bestcase.com |
| K. Edward Safir | info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Yamasa Co. Ltd Syndicate-5 mft@tottenfirm.com jet@tottenfirm.com,mtots@recap.email |

TOTAL: 3